JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS GRAND PRIX ENGINEERING LIMITED,<br><br>Petitioner,<br><br>v.<br><br>ROKIT MARKETING INC. and ROK MARKETING LLC,<br><br>Respondents. | Case No.: 2:21-CV-09695-CAS (PD)<br><br>**FINAL JUDGMENT** |

Petitioner Williams Grand Prix Engineering, by and through its attorneys, Baker, Keener & Nahra LLP, filed a Petition to Confirm Foreign Arbitral Award, which came for hearing on November 28, 2022, at 10:00 a.m., before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The Final Award made by the Arbitrator through the London Court of International Arbitration in the matter of <u>Williams Grand Prix Engineering v. Rokit Marketing Inc. and Rok Marketing LLC</u>, Case No.

204960, on October 19, 2021, is confirmed in all respects. Accordingly, the following relief is awarded:

2. Respondents shall pay to petitioner GBP 26,220,094.25 and USD 1,000,000.00, along with costs incurred in this proceeding.

**IT IS SO ORDERED** in Chambers, Los Angeles, California, this first day of December, 2022.

*Christina A. Snyder*

CHRISTINA A. SNYDER
HONORABLE JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA